UNITED STATES of America, Plaintiff–Appellee,

v.

Vidal TORRES, aka Ernesto Lombardo–Diaz, Defendant–Appellant.

No. 01–10130.

United States Court of Appeals, Ninth Circuit.

Submitted June 9, 2003.*

Decided June 12, 2003.

Before: RYMER, THOMAS and SILVERMAN, Circuit Judges.

MEMORANDUM **

Vidal Torres appeals his guilty-plea conviction and 30–month sentence imposed for illegal reentry following deportation, in violation of 8 U.S.C. § 1326. Torres's attorney has filed a brief and a motion to withdraw as counsel of record pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Torres has not filed a pro se supplemental brief.

Our review of the *Anders* brief and our independent review of the record under *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct.

---

3. *Romero v. Roe,* 130 F.Supp.2d 1148, 1149 (C.D.Cal.2001).

4. *Carey v. Saffold*, 536 U.S. 214, 122 S.Ct. 2134, 2141, 153 L.Ed.2d 260 (2002).

5. *Id.* at 2136.

6. 244 F.3d 724, 727–28 (9th Cir.2001).

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

346, 102 L.Ed.2d 300 (1988), disclose no issues requiring further review. Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the